IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim No. 1:16-CR-0018** |
| | : | |
| **v.** | : | |
| | : | |
| **TYSON BAKER** | : | **Hon. Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to withdraw his guilty pleas (Doc. 102) is **GRANTED**, and the plea agreement (Doc. 70) is **REJECTED** by the court.

**IT IS FURTHER ORDERED** that jury selection in this matter shall commence on June 12, 2017 at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

The court specifically finds under Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by scheduling trial for the above date outweigh the interests of the public and the defendant to a speedy trial.

The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
Dated: March 23, 2017    United States District Judge